IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTY "TRAEGER" HALL, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No.    2:09-cv-1269-LSC-TMP |
| ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

O R D E R

On October 19, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice. No objections have been filed.[1]

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

Done this 6th day of November 2009.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671

---

[1] The court notes that copy of the report and recommendation mailed to the petitioner was returned by the postal service, marked "Returned to Sender." An indication as to why the mail was returned to the court was not noted on the envelope.